APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Debtor(s)
Surinder PS Multani a/k/a Sam Multani
and
Safanpreet K. Multani

Case No. 09-36877

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Indiana Bank Corp., an Indiana Corporation; and

Bank of Indiana, N.A.

| Mark W. Bina | Krieg DeVault LLP |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Mark W. Bina | FIRM ID NUMBER: |
| Signature | 30 N. LaSalle St., Suite 3516 |
| ATTORNEY ID NUMBER    6288024 | Street Address |
| | Chicago, IL 60602 |
| | City    State    Zip |
| | Telephone    312-423-9305 |

Trial Attorneys*

Mark W. Bina
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: October 26, 2009

TYPE OF DEFENSE COUNSEL:

CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____ D _____ TP _____

Revised 06/08rj