APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Debtor(s)
Surinder PS Multani a/k/a Sam Multani
and
Safanpreet K. Multani

Case No. 09-36877

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Indiana Bank Corp., an Indiana Corporation; and

Bank of Indiana, N.A.

| | |
|---|---|
| Jeffrey M. Monberg | Krieg DeVault LLP |
| Print Name on this Line | Firm Name |
| /s/ Jeffrey M. Monberg | FIRM ID NUMBER: |
| Signature | 30 N. LaSalle St., Suite 3516 |
| ATTORNEY ID NUMBER  6270925 | Street Address |
| | Chicago, IL  60602 |
| | City    State    Zip |
| | Telephone    312-423-9300 |

Trial Attorneys*

Jeffrey M. Monberg
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    October 26, 2009

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED_____ ,SELF_____ ,NONE OTHER_____ ,PUB DEF_____

FOR OFFICE USE ONLY:

Party Code: P_____    D_____    TP_____

Revised 06/08rj