UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| In Re:  **SURINDER PS MULTANI and** | ) | Chapter 7 |
| **SAFANPREET K MULTANI**, | ) | |
| | ) | Case No. **09-36877** |
| | ) | |
| | ) | |
| | ) | Hon. Carol A. Doyle |
| Debtor(s). | ) | |

**NOTICE OF MOTION**

To:  See Attached Service List

PLEASE TAKE NOTICE that on **TUESDAY, NOVEMBER 17, 2009**, at the hour of **10:00 AM**, I shall appear before the Honorable Carol A. Doyle, Chief Bankruptcy Judge, in Courtroom 742, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in her place and shall present and request an immediate hearing on a **MOTION TO DISMISS CHAPTER 7 CASE,** a copy of which is attached hereto and is herewith served upon you.

/S/ *Roman L. Sukley*
Roman L. Sukley, Attorney
Office of the U.S. Trustee
219 South Dearborn   Room 873
Chicago, Illinois  60604
(312) 886-3324

## CERTIFICATE OF SERVICE

I, Roman L. Sukley, an attorney, state that pursuant to Local Rule 9013-3(D) the above **NOTICE OF MOTION** and the appended **MOTION TO DISMISS CHAPTER 7 CASE** were filed on Thursday, 11/5/2009, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on 11/5/2009.

/S/    *Roman L. Sukley*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

James O Stola (jstola@sbcglobal.net)  Attorney

Catherine Steege (Csteege@Jenner.com) Chapter 7 Trustee

**Parties Served via First Class Mail:**

Surinder PS Multani and
Safanpreet K Multani
24 Bright Ridge Drive
Schaumburg, IL 60194

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ***SURINDER PS MULTANI and*** | ) | Chapter 7 |
| ***SAFANPREET K MULTANI***, | ) | |
| | ) | Case No. **09-36877** |
| | ) | |
| | ) | Hon. Carol A. Doyle |
| Debtor(s). | ) | |

**MOTION TO DISMISS CHAPTER 7 CASE**

TO:   THE HONORABLE CAROL A. DOYLE
      CHIEF U.S. BANKRUPTCY JUDGE

NOW COMES WILLIAM T. NEARY, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, Roman L. Sukley, and moves this Court to dismiss the above-captioned Chapter 7 case pursuant to Section 707(a) of the Bankruptcy Code and in support states as follows:

1. The debtors, Surinder PS Multani and Safanpreet K. Multani (the "Debtors"), filed a joint voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 2, 2009, and are represented by James O. Stola.

2. The Debtors are required to file a complete set of Schedules and Statement of Financial Affairs within fifteen days after filing their Chapter 7 Petition pursuant to § 521(1) of the Bankruptcy Code and Fed. R. Bankr. P. 1007(c).

3. The Debtors have failed to file their complete Schedules and Statement of Financial Affairs as of the date of this motion. notwithstanding that the U.S. Trustee contacted counsel for the debtor concerning this issue on October 28, 2009.

1

**WHEREFORE,** the U.S. Trustee requests the Court to dismiss the Debtors' Chapter 7 case pursuant to § 707(a)(3) of the Bankruptcy Code.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED:<br>WILLIAM T. NEARY<br>UNITED STATES TRUSTEE |
| DATED: 11/5/2009 | /S/ *Roman L. Sukley*<br>Roman L. Sukley, Attorney<br>Office of the U.S. Trustee<br>219 South Dearborn   Room 873<br>Chicago, Illinois  60604<br>(312) 886-3324 |